AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
NOV - 2 2011
J.T. NOBLIN, CLERK
By_____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:11mj547 |
| Javier Molina | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____November 1, 2011____ in the county of ____Jackson____ in the ____Southern____ District of ____Mississippi____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Smugggle Goods from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Nov. 2, 2011

_____
*Judge's signature*

City and state:  Gulfport, MS

Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

After first being duly sworn, I, Anthony Williams, do hereby state as follows:

1. I, Special Agent Anthony Williams, am a duly sworn Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Gulfport, Mississippi (RAC/GU). I have been a Special Agent since November 2009.

2. I make this affidavit in support of an arrest warrant and criminal complaint, charging defendant **Javier MOLINA** with conspiracy to smuggle goods from the United States, in violation of Title 18, United States Code, Section 371.

3. Based upon my personal knowledge and information I have received from others involved in the investigation, I am aware of the following facts, among others:

4. On November 1, 2011, Jackson County Sheriff's Officer (JCSO) Deputy Will Thorton conducted a traffic stop on a 1994 Ford Ranger pickup truck bearing North Carolina license plate AAL1981. The driver was identified as **Javier MOLINA**, a U.S. citizen. A consensual search of the truck revealed the following firearms and firearm components concealed throughout various compartments underneath the truck:

   a. Smith and Wesson 45 caliber firearm displaying serial number VYY5282.
   b. Bersa 380 caliber firearm displaying serial number 985142.
   c. Bersa 380 caliber firearm displaying serial number 307915.
   d. Bersa 380 caliber firearm displaying serial number A42456.
   e. Bersa 380 caliber firearm displaying serial number B26543.
   f. Inner Arms 380 caliber firearm displaying serial number A00573.
   g. Jennings 22 caliber firearm displaying serial number 704118.
   h. Jennings 22 caliber firearm displaying no serial number.
   i. Ruger 1022 firearm displaying serial number 357-20827.
   j. Marlin 22 caliber firearm displaying serial number 05299413.
   k. Marlin 22 caliber firearm displaying serial number 91474569.
   l. Mossburg 410 firearm displaying serial number T646980.
   m. Remington 12 gauge firearm displaying serial number L133915V.
   n. Ruger 22 caliber firearm displaying serial number 236-73587.
   o. Unknown make 12 gauge firearm displaying serial number L1349318.
   p. Marlin 22 caliber firearm displaying serial number 18511993
   q. Marlin 22 caliber firearm displaying serial number 11348544.
   r. Remington 22 caliber firearm displaying serial number B1604636.
   s. Maverick Mossburg firearm displaying serial number MV25043N.
   t. Savage 22 caliber firearm displaying serial number 2223093.
   u. Unknown make 12 gauge firearm displaying serial number L2920836.
   v. Forty-four 410 caliber rounds of ammunition.
   w. Fifty 45 caliber rounds of ammunition.

      x.      One hundred ninety six 9mm rounds of ammunition.
      y.      Seventy-one 12 gauge rounds of ammunition.
      z.      One 454 caliber round of ammunition.
      aa.      Five hundred and forty 22 caliber rounds of ammunition.
      bb.      Nine 380 caliber magazines.
      cc.      Two 22 caliber magazines.
      dd.      Two 9mm magazines.
      ee.      Two 45 caliber magazines.
      ff.      One 30 caliber magazine.
      gg.      One Bushnell sports view 4x32 power scope.
      hh.      One BSA 3x9x40 power scope.
      ii.      Six miscellaneous gun stocks.
      jj.      Four 12 gauge barrels.

5. On November 1, 2011, SA Brent Druery and SA Anthony Williams interviewed **MOLINA**. **MOLINA** was advised of his rights in the English language and signed a waiver of rights form. **MOLINA** made the following statements, among others, during the interview:

    a.    **MOLINA** stated he departed North Carolina on October 31, 2011 at approximately 7:00 pm.

    b.    **MOLINA** stated he was in route to Nuevo Laredo, Mexico.

    c.    **MOLINA** stated the vehicle belonged to another individual (Subject # 2).

    d.    **MOLINA** stated he was aware that Subject # 2 was previously arrested (1) in possession of six kilograms of cocaine and (2) in possession of firearms and stolen goods.

    e.    **MOLINA** stated he picked up the truck from the residence of Subject # 2 on October 31, 2011.

    f.    **MOLINA** later stated he picked up the truck from an unknown Hispanic male, from an unknown location.

6. Based on the experience of your affiant and the facts and circumstances described in this affidavit, it is believed by your affiant that **Javier MOLINA** has conspired with others known and unknown to the investigation to commit violations of 18 U.S.C. § 554, Smuggling Goods from the United States, which makes it unlawful to fraudulently or knowingly export or send from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior

to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

_____
Special Agent Anthony Williams
Homeland Security Investigations

Sworn to and subscribed before me on the 2nd day of November 2011.

_____
United States Magistrate Judge